IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FARRAKHAN BEY, #153770 | : |
| Plaintiff | : |
| v. | : CIVIL ACTION NO. L-09-2846 |
| BOBBY P. SHEARIN, et al. | : |
| Defendants | : |

**MEMORANDUM**

This is an action requesting mandamus relief. The Petitioner, Farrakhan Bey ("Bey"), is a Maryland Division of Correction ("DOC") inmate. In his petition, Bey moves to have records of his prison bank account provided to him. His request for *in forma pauperis* pursuant to 28 U.S.C. § 1915(a) shall be granted.

**I.     Standard of Review**

Title 28 U.S.C. § 1361 confers "original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States to perform a duty owed to the plaintiff." Federal district courts have no mandamus jurisdiction over state employees. See Gurley v. Superior Court of Mecklenburg County, 411 F.2d 586, 587 (4th Cir. 1969).

**II.    Analysis**

This Court has no authority to compel State corrections officials to provide Bey with copies of his prison account ledgers.

**III.   Conclusion**

For the foregoing reasons, the Court will, by separate Order:

(i)     GRANT Bey leave to file *in forma pauperis*;

(ii)    DISMISS Bey's request for mandamus relief;

1

    (iii)    DIRECT the Clerk to CLOSE this case; and

    (iv)    DIRECT the Clerk to Mail a copy of the Memorandum and Order to Bey.

Dated this 2nd day of November 2009.

                                        /s/
                                _____
                                Benson Everett Legg
                                Chief Judge